Michael A. Wertheim (SBN CA 291228)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
Michael.Wertheim@gtlaw.com

Attorneys for Defendant
LAST BRAND, INC.
d/b/a QUINCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LOFTON, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>LAST BRAND, INC. d/b/a QUINCE,<br><br>　　Defendant. | CASE NO. 4:25-cv-07793-KAW<br><br>**ORDER GRANTING STIPULATION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Complaint Filed: September 12, 2025 |

This matter, having come before this Court based on the Stipulation of the Parties, Plaintiff Jessica Lofton ("Plaintiff") and Defendant Last Brand, Inc. d/b/a Quince ("Defendant") ("Defendant" collectively with "Plaintiff", the "Parties"), by and through their respective counsel, hereby GRANTS the Stipulation to Transfer Venue to the Southern District of Texas.

Pursuant to the Stipulation of the Parties:

1. This action shall be transferred, pursuant to 28 U.S.C. § 1404(a) to the Southern District of Texas; and

2. The deadline for Defendant to respond to the Complaint shall be extended until 30 days after the earlier of (i) confirmation of receipt by the clerk in the Southern District of Texas of this action and assignment of a case number, or (ii) in the event of denial of this Stipulation to transfer, entry of an Order by this Court saying as much.

IT IS SO ORDERED:

Dated: November 14, 2025

*Kandis Westmore*

Judge of the United States District Court